TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00254-CR

Gertrude Rosales, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT OF KERR COUNTY

NO. CR98-0512, HONORABLE SPENCER W. BROWN, JUDGE PRESIDING

PER CURIAM

Appellant's motion to dismiss this appeal is granted. See Tex. R. App. P. 42.2(a). 
The appeal is dismissed.

Before Justices Jones, Kidd and Patterson

Dismissed on Appellant's Motion

Filed: November 12, 1999

Do Not Publish